IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

     Plaintiff,

v.                                Case No. 4:16cv157-MW/CAS

GOVERNOR RICK SCOTT,
PAM BONDI, et al.,

     Defendants.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to comply with an order of the Court." The Clerk shall close the file.

SO ORDERED on July 8, 2016.

                                        s/Mark E. Walker
                                        **United States District Judge**